**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Roger Robert ALLEN,
Defendant/Appellant.**

**No. ED 87424.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 26, 2006.

Shaun J. Mackelprang, Linda Lemke, Assistant Attorney General, Jefferson City, MO, for respondent.

Jessica Hathaway, St. Louis, MO, for appellant.

Before ROY L. RICHTER, P.J., KATHIANNE KNAUP CRANE, J., and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Defendant, Roger Robert Allen, appeals from the judgment entered on a jury verdict finding him guilty of statutory sodomy in the first degree, in violation of Section 566.062 RSMo (2000), on which he was sentenced to a term of thirty years imprisonment.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).